# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA VELAZQUEZ, an individual, | Case No.: CV 20-11446-DMG (MRWx) |
| Plaintiff, | |
| v. | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [17]** |
| EVANS FOOD GROUP LTD., a Delaware corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Stipulation of plaintiff Irma Velazquez and defendant Evans Food Group, Ltd. (collectively, the "Parties"), IT IS HEREBY ORDERED that:

1. All claims for relief in the instant action brought by and on behalf of plaintiff Irma Velazquez are dismissed with prejudice;

2. Since all claims for relief herein have been dismissed with prejudice, the entire action is dismissed with prejudice; and

3. The Parties shall each bear its and/or her own costs and attorneys' fees pursuant to the Parties' written agreement.

DATED: May 19, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE